FILED

AUG 13 05 PM '14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No.    2:14-mj-0536-NJK |
|---|---|
| Plaintiff, | ORDER TO SEAL COMPLAINT |
| vs. | |
| ARNOLD LEE COPELAND, | |
| Defendant. | |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this 13th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE